228 F.3d 972 (9th Cir. 2000)
 SNAKE RIVER VALLEY ELECTRIC ASSOCIATION, Plaintiff-Appellant,
v.
PACIFICORP, (including Utah Power and Light Company, a Division), Defendant-Appellee,
and
STATE OF IDAHO, Defendant-intervenor Appellee.
 No. 99-35204
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted May 3, 2000
Opinion Filed October 3, 2000
 
 1
 NOTE: OPINION WITHDRAWN JANUARY 29, 2001. SEE NEW OPINION AT 238 F.3d 1189.